UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PAUL MARTINKA

                                 *Plaintiff,*

vs.

DIARIO DE MEXICO USA, INC.,

                                 *Defendant.*
------------------------------------------------------------x

Index No. 18-cv-1993 (AT)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2018

ANALISA TORRES, United States District Judge:

WHEREAS, Plaintiff Paul Martinka filed the Complaint in this action on March 6, 2018. On March 16, 2018, the Defendant was served a Summons, Civil Cover Sheet and First Amended Complaint through the Secretary of State of New York. Pursuant to Fed. R. Civ. P. 12, an answer or a response was due on April 6, 2018. On May 18, 2018, Plaintiff's request for a Certificate of Default from the Court Clerk was granted. On May 18, 2018, Plaintiff filed his Motion for Default Judgment. Because Defendant has failed to timely appear and defend itself against the allegations contained in the Complaint, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment is GRANTED; it is

FURTHER ORDERED that Defendant violated 17 U.S.C. § 501, for which it shall pay $30,000 in civil penalties for copyright infringement; and it is

FURTHER ORDERED that Defendant violated 17 U.S.C. §1202(b), for which is

shall pay $10,000 in civil penalties for improper removal of copyright management information; and it is

    FURTHER ORDERED that Defendant shall pay attorneys' fees in the amount of $4,500 and costs in the amount of $500 pursuant to 17 U.S.C. § 505; and it is

    FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

**DATED:**     June 27, 2018
               New York, New York

                                           SO ORDERED:

                                           Analisa Torres
                                           U.S.D.J.